**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| Klever Marketing, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Office Max, Inc., )<br>)<br>Defendant. )<br>)<br>) | C.A. No:  6:14-cv-259<br><br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Klever Marketing, Inc. hereby files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and shows the Court the following:

1. Klever Marketing, Inc. is a corporation duly organized and existing under the laws of Delaware, having a principal place of business at 1100 E. 6600 South, Suite 305, Salt Lake City, UT  84121.

2. Klever Marketing, Inc. does not have a parent corporation.

3. No publicly held company owns 10% or more of Klever Marketing, Inc.

| | |
|---|---|
| Dated:  April 8, 2014 | Respectfully submitted, |
| | /s/ Frank M. Washko                       _ |
| | Frank M. Washko (252010)<br>fwashko@tiburonip.com<br>Tiburon Intellectual Property PLLC<br>350 Townsend St., Suite 680<br>San Francisco, CA  94107<br>(415) 545-8040 |
| | *Counsel for Plaintiff Klever Marketing, Inc.* |